The Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE et al.,<br><br>Defendants. | No. 2:26-cv-02473-TMC<br><br>[Consolidated with Case Nos. 3:26-cv-05788-TMC, 2:26-cv-02474-TMC]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' JOINT MOTION TO COMPLETE THE ADMINISTRATIVE RECORD** |



EARTHJUSTICE
810 3rd Ave #610
SEATTLE, WA 98104
(206) 343-7340

Upon consideration of Plaintiffs' Joint Motion to Complete or Supplement the Administrative Record, it is hereby ORDERED that the Motion is GRANTED. Defendants must file and serve an Amended Administrative Record, and an Amended Certified Index, that includes:

1. Individual entries for each document in the Public Docket;
2. All materials documenting Defendants' use of artificial intelligence in promulgating the challenged actions, including identification of AI tools used, prompts and requests into the AI tool, and all responses generated by the AI tool; and
3. The Take Memos challenged in Plaintiffs' supplemental complaints and all the underlying administrative record for those Memos.
4. All materials documenting involvement of other agencies and offices in the promulgation of the Rescission and the issuance of the Take Memos.

Dated this ____ day of ____, 2026.

__________________________________
The Honorable Tiffany M. Cartwright
United States District Judge



EARTHJUSTICE
810 3rd Ave #610
SEATTLE, WA 98104
(206) 343-7340