The Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, et al.,<br>Plaintiffs,<br>v.<br>NATIONAL MARINE FISHERIES SERVICE et al.,<br>Defendants. | Case No. 2:26-cv-02473-TMC<br><br>DECLARATION OF WYATT GOLDING |

I, Wyatt Golding, declare as follows:

1. I am an attorney representing the Plaintiff Swinomish Indian Tribal Community, a federally recognized Indian nation. I make this declaration on personal knowledge.

2. I affirm that to the best of my knowledge the facts set forth in the accompanying Plaintiffs Swinomish Indian Tribal Community and Squaxin Island Tribe's Motion for Leave to File First Amended and Supplemental Complaint and [Proposed] Plaintiffs Swinomish Indian Tribal Community and Squaxin Island Tribe's First Amended and Supplemental Complaint are true and correct.

3. I affirm that to the best of my knowledge the facts set forth below are true and accurate.



ZIONTZ CHESTNUT LLP
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-1230

4. I affirm to the best of my knowledge that the exhibits attached to this declaration are true and accurate copies.

5. Our firm mailed the Notice of Intent to Sue on July 14, 2026, via U.S. Certified Mail, Return Receipt Requested to the following:

a. Secretary of Commerce Howard Lutnick
b. Secretary of the Interior Doug Burgum
c. Dr. Neil Jacobs, Under Secretary of Commerce for Oceans and Atmosphere, NOAA
d. Kevin Lilly, Principal Deputy Assistant Secretary for Fish and Wildlife and Parks, U.S. Department of the Interior
e. Timothy R. Petty, Assistant Secretary of Commerce for Oceans and Atmosphere, Deputy NOAA Administrator, NOAA
f. Director Brian Nesvik, U.S. Fish and Wildlife Service

*See* Exhibit A (mailing payment receipt).

6. On August 3, 2026, we received the envelope directed to Secretary of Commerce Howard Lutnick back, marked ‘Return to Sender; Attempted – Not Known; Unable to Forward.’ We sent a second copy of the Notice of Intent to Sue to Secretary Lutnick on August 6, 2026, via Certified Mail, Return Receipt Requested. On September 3, 2026, the USPS website showed the Notice had been delivered to the Front Desk/Reception/Mail Room on September 1st. We later received a signed Return Receipt for this mailing from Secretary Lutnick’s office dated September 2, 2026. *See* Exhibit B (Certified Mail Receipt, Signed Return Receipt and USPS Delivery Confirmation webpage).


ZIONTZ CHESTNUT LLP
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-1230

7. Also, on August 6, 2026, we sent a second copy of the Notice of Intent to Sue to Secretary of the Interior Doug Burgum, as we had concerns about reports of mail disruptions throughout the country. This copy of the Notice was received on August 11, 2026. Exhibit C (Certified Mail Receipt, Signed Return Receipt and USPS Delivery Confirmation webpage).

8. The copies of the Notice of Intent to Sue sent to the other parties listed above were delivered on the dates listed below, according to the United States Postal Service tracking and/or the signed Return Receipts we received.

a. Dr. Neil Jacobs, NOAA Undersecretary of Commerce for Oceans and Atmosphere, – Aug. 25, 2026

b. Principle Deputy Kevin Lilly, U.S. Department of the Interior, Fish, Wildlife & Parks – Aug. 24, 2026

c. Assistant Secretary Timothy R. Petty, Deputy NOAA Administrator – Aug. 27, 2026

d. Director Brian Nesvik, US Fish and Wildlife Service – Aug. 5, 2026

e. Secretary Burgum, U.S. Department of the Interior (first copy) – Aug. 24, 2026

*See* Exhibit D (USPS Shipment Notifications, USPS Delivery Confirmation webpages and Signed Return Receipts (if received)).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of November, 2026, at Seattle, Washington.



Wyatt Golding



ZIONTZ CHESTNUT LLP
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-1230

# Wyatt Golding Declaration

# Exhibit A

**From:** THE MAILBOX SEATTLE
**To:** Cara Hazzard
**Subject:** Purchase receipt
**Date:** Tuesday, July 14, 2026 2:36:18 PM

**e-Receipt**

```
              The Mailbox Seattle
               300 Lenora Street
               Seattle Wa. 98121
                (206)728-1228/Ph
             www.mailboxseattle.com
            mailboxseattle@gmail.com



Shipment--------------------
   USPS First Class Mail
   Ship To:
       PRINCIPLE DEPUTY KEVIN LILLY
       FISH AND WILDLIFE AND PARKS
       1849 C ST NW
       U.S. DEPT OF THE INTERIOR
       WASHINGTON, DC 20240-0001
   Package ID: 213480          18.75
   Tracking #:  9414711899561324532842
   Actual Wt: 0.06 lbs
   Rating Wt: 0.06 lbs
   Certified               [$8.33]
   Return Receipt          [$9.30]
      9590940275742098516019
Shipment--------------------
   USPS First Class Mail
   Ship To:
       SECRETARY DOUG BURGUM
       U.S. DEPT OF THE INTERIOR
       1849 C ST NW
       SECRETARY OF THE INTERIOR
       WASHINGTON, DC 20240-0001
   Package ID: 213481          18.75
   Tracking #:  9414711899561324532989
   Actual Wt: 0.06 lbs
   Rating Wt: 0.06 lbs
   Certified               [$8.33]
   Return Receipt          [$9.30]
      9590940275742098516026
Shipment--------------------
   USPS First Class Mail
   Ship To:
       DIRECTOR BRIAN NESVIK
```

U.S. FISH AND WILDLIFE SERVICE
1849 C ST NW
WASHINGTON, DC 20240-1000
Package ID: 213482 18.75
Tracking #: 9414711899561324532149
Actual Wt: 0.06 lbs
Rating Wt: 0.06 lbs
Certified [$8.33]
Return Receipt [$9.30]
9590940275742098516033
Shipment--------------------
USPS First Class Mail
Ship To:
SECRETARY HOWARD LUTNICK
U.S. DEPT OF COMMERCE
1401 CONSTITUTION AVE NW
SECRETARY OF COMMERCE
WASHINGTON, DC 20230-0001
Package ID: 213483 18.75
Tracking #: 9414711899561324532057
Actual Wt: 0.06 lbs
Rating Wt: 0.06 lbs
Certified [$8.33]
Return Receipt [$9.30]
9590940275742098498087
Shipment--------------------
USPS First Class Mail
Ship To:
DR. NEIL JACOBS/NOAA
UNDER SECRETARY OF COMMERCE FOR OCEANS
1401 CONSTITUTION AVE NW
ROOM 5128
WASHINGTON, DC 20230-0001
Package ID: 213484 18.75
Tracking #: 9414711899561324532552
Actual Wt: 0.06 lbs
Rating Wt: 0.06 lbs
Certified [$8.33]
Return Receipt [$9.30]
9590940275742098498094
Shipment--------------------
USPS First Class Mail
Ship To:
TIMOTHY R. PETTY, ASS. SECRETARY
DEPUTY NOAA ADMINISTRATOR
1401 CONSTITUTION AVE NW
ROOM 5128
WASHINGTON, DC 20230-0001
Package ID: 213485 18.75
Tracking #: 9414711899561324530299
Actual Wt: 0.06 lbs
Rating Wt: 0.06 lbs
Certified [$8.33]

Return Receipt [$9.30]
9590940275742098497608

| | |
|---|---|
| SUBTOTAL | 112.50 |
| TAX | 0.00 |
| TOTAL | 112.50 |
| TEND Visa | 112.50 |

Total shipments: 6
ZIONTZ CHESTNUT ATTORNEYS AT
07/14/2026
#114821 02:35 PM
Workstation: 0 - Master Workstation
CCTran# 24e31f8e-043d-4465-8a90-fe85c00f85cb

*****************************

The Mailbox Seattle is *NOT LIABLE* for *ANY* packages once they have been picked up by the carrier.

We are not responsible for, and will not issue refunds for lost, delayed, or damaged packages, or packages that have been rejected by foreign customs (regardless of the reason for rejection).

The Mailbox Seattle is not responsible for customs duties, VAT taxes, brokerage fees, or any other additional payments owed for packages shipped internationally. *ALL* interactions with foreign customs are the responsibility of the package recipient.

Finalized payment of this Receipt in any form constitutes your full acknowledgement, agreement, and acceptance of these terms of service.

# Wyatt Golding Declaration

# Exhibit B

9589 0710 5270 1978 0999 25

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Ntc. of Intent to Sue re-send

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

*Sent To*
Scty Lutnick, ~~Sec~~ Dept. of Commerce
*Street and Apt. No., or PO Box No.*
1401 Constitution Ave N W
*City, State, ZIP+4®*
Washington, DC 20230

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and addr[...] on the reve[...] so that we can retur[...] to you.
- Attach this card t[...] [...]e mail[...] or on the front if [...]

1. Article Addressed [...]

Secretary H[...]
Secretary o[...]
U.S. Dept.
1401 Co[...]
Wash[...]

9590 9402 9838 526[...] 53'27 2[...]

[...] Number *(Transfer from service label)*
0710 5270 [...] 05 [...] 25

[...] 3811, [...] -02-000-9[...]

**COMPLETE THIS SECTION O[...] [...]VERY**

A. Signature
X Exec Sec
☐ Agent
☐ Ad[...]

B. Received by *(Printed Nar[...]*
Exec Sec

[...] Date
9/2/[...]

D. Is delivery address different from item [...]
If YES, enter delivery address below:

[...]rvice Type
- [...] Signature
- [...] Signature Restricted Delivery
- [...]ied Mail®
- [...]ied Mail Restricted Delivery
- [...]ct on Delivery
- [...]ct on Delivery Restricted Delivery
- ☐ [...]red Mail
- [...]red Mail Restricted Delivery [...]00)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

USPS TRACKING #

CAPITAL DISTRICT 208
2 SEP 2026 PM 4 L

9590 9402 9838 5266 5327 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ziontz Chestnut
Attn: Cara Hazzard
2101 4th Ave., Ste 1230
Seattle, WA 98121

i-232305

**ALERT: IMPACTS FROM TROPICAL STORM EDOUARD IN THE GULF REGION, AND FLOODING IN THE SOUTHWEST U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›**

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

Feedback

**Tracking Number:**

## 9589071052701978099925

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:17 am on September 1, 2026 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
September 1, 2026 9:17 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Wyatt Golding Declaration

# Exhibit C

9589 0710 5270 1978 0999 32

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** Ntc of Intent to Sue re Send

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

*Sent To* Scty Burgum, Sty of Interior, Dept. of Interior

*Street and Apt. No., or PO Box No.* 1849 C Street N.W.

*City, State, ZIP+4®* Washington, DC 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary Doug Burgum
Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

9590 9402 9838 5266 5326 98

2. Article Number *(Transfer from service label)*

9589 0710 5270 1978 0999 32

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* G. Dodds

C. Date of Delivery 8/11/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047

**USPS TRACKING #**

9590 9402 9838 5266 5326 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ziontz Chestnut
Attn: Cara Hazzard
2101 4th Ave, Ste. 1230
Seattle, WA 98121

ALERT: SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO VALLEY, AND WILDFIRES IN THE PACIFIC NORTHWEST REGION OF THE U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

Feedback

**Tracking Number:**

## 9589071052701978099932

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 12:12 pm on August 11, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
August 11, 2026 12:12 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Wyatt Golding Declaration

# Exhibit D

**From:** The Mailbox Seattle
**To:** Cara Hazzard
**Subject:** Package Shipment Notification
**Date:** Tuesday, July 14, 2026 2:50:18 PM

---

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 7/14/2026 9:48:28 PM |
| From: | ZIONTZ CHESTNUT ATTORNEYS AT |
| Shipped to: | UNDER SECRETARY OF COMMERCE FOR OCEANS<br>DR. NEIL JACOBS/NOAA<br>1401 CONSTITUTION AVE NW ROOM 5128<br>WASHINGTON, DC, 20230-0001 |
| Tracking #: | 9414711899561324532552 |
| Expected Arrival: | Not Applicable |

**This message is from The Mailbox Seattle. All packages are not returnable once its shipping label has been created.**
**WWW.MAILBOXSEATTLE.COM**

ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414711899561324532552

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:25 am on August 25, 2026 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
August 25, 2026 9:25 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**From:** The Mailbox Seattle
**To:** Cara Hazzard
**Subject:** Package Shipment Notification
**Date:** Tuesday, July 14, 2026 2:50:17 PM

## USPS Shipment Notification

| **Package Information** | |
|---|---|
| Date: | 7/14/2026 9:48:28 PM |
| From: | ZIONTZ CHESTNUT ATTORNEYS AT |
| Shipped to: | FISH AND WILDLIFE AND PARKS<br>PRINCIPLE DEPUTY KEVIN LILLY<br>1849 C ST NW U.S. DEPT OF THE INTERIOR<br>WASHINGTON, DC, 20240-0001 |
| Tracking #: | 9414711899561324532842 |
| Expected Arrival: | Not Applicable |

**This message is from The Mailbox Seattle. All packages are not returnable once its shipping label has been created. WWW.MAILBOXSEATTLE.COM**

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414711899561324532842

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:20 pm on August 24, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
August 24, 2026 12:20 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVIN LILLY
U.S. DEPT OF INTERIOR
1849 C Street NW
Washington, D.C. 20240

9590 9402 7574 2098 5160 19

2. A

PS [illegible]

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X CCU
☐ Agent
☑ Addressee

B. Received by (Printed Name)
CCU

C. Date of Delivery
8/24/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 7574 2098 5160 19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

WYATT GOLDING
ZIONTZ CHESTNUT LLP
2101 4th Avenue, Suite 1230
Seattle, WA 98121

**From:** The Mailbox Seattle
**To:** Cara Hazzard
**Subject:** Package Shipment Notification
**Date:** Tuesday, July 14, 2026 2:50:18 PM

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 7/14/2026 9:48:28 PM |
| From: | ZIONTZ CHESTNUT ATTORNEYS AT |
| Shipped to: | DEPUTY NOAA ADMINISTRATOR<br>TIMOTHY R. PETTY, ASS. SECRETARY<br>1401 CONSTITUTION AVE NW ROOM 5128<br>WASHINGTON, DC, 20230-0001 |
| Tracking #: | 9414711899561324530299 |
| Expected Arrival: | Not Applicable |

**This message is from The Mailbox Seattle. All packages are not returnable once its shipping label has been created.**
**WWW.MAILBOXSEATTLE.COM**

ALERT: IMPACTS FROM WILDFIRES IN TEXAS MAY DELAY FINAL DELIVERY OF YOUR MAIL A...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9414711899561324530299

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:59 am on August 27, 2026 in WASHINGTON, DC 20230.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
August 27, 2026 9:59 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**From:** The Mailbox Seattle
**To:** Cara Hazzard
**Subject:** Package Shipment Notification
**Date:** Tuesday, July 14, 2026 2:50:32 PM

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 7/14/2026 9:48:28 PM |
| From: | ZIONTZ CHESTNUT ATTORNEYS AT |
| Shipped to: | U.S. FISH AND WILDLIFE SERVICE<br>DIRECTOR BRIAN NESVIK<br>1849 C ST NW<br>WASHINGTON, DC, 20240-1000 |
| Tracking #: | 9414711899561324532149 |
| Expected Arrival: | Not Applicable |

**This message is from The Mailbox Seattle. All packages are not returnable once its shipping label has been created.**
**WWW.MAILBOXSEATTLE.COM**

**ALERT: SEVERE WEATHER IN THE OHIO VALLEY AND WILDFIRES IN THE PACIFIC NORTHWES...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414711899561324532149

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 11:30 am on August 5, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
August 5, 2026 11:30 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dir. Brian Nesvik
USFWS
1849 C Street NW
Washington, D.C. 20240

9590 9402 7574 2098 5160 33

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X CCU

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

CCU

C. Date of Delivery

8/5/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

CAPITAL DISTRICT 208

7 AUG 2026 PM 1 L

9590 9402 7574 2098 5160 33

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

WYATT GOLDING
ZIONTZ CHESTNUT LLP
2101 4th Ave, Suite 1230
Seattle, WA 98121

**From:** The Mailbox Seattle
**To:** Cara Hazzard
**Subject:** Package Shipment Notification
**Date:** Tuesday, July 14, 2026 2:50:18 PM

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 7/14/2026 9:48:28 PM |
| From: | ZIONTZ CHESTNUT ATTORNEYS AT |
| Shipped to: | U.S. DEPT OF THE INTERIOR<br>SECRETARY DOUG BURGUM<br>1849 C ST NW SECRETARY OF THE INTERIOR<br>WASHINGTON, DC, 20240-0001 |
| Tracking #: | 9414711899561324532989 |
| Expected Arrival: | Not Applicable |

**This message is from The Mailbox Seattle. All packages are not returnable once its shipping label has been created.**
**WWW.MAILBOXSEATTLE.COM**

ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**9414711899561324532989**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:20 pm on August 24, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
August 24, 2026 12:20 PM

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sec. Doug Burgum
U.S. Dept of Interior
1849 C Street NW
Washington, D.C. 20240

9590 9402 7574 2098 5160 26

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]

☒ Agent
☐ Addressee

B. Received by *(Printed Name)*
G. Dodds

C. Date of Delivery
4/21/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 7574 2098 5160 26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

WYATT GOLDING
ZIONTZ CHESTNUT LLP
2101 4th Ave, Suite 1230
Seattle, WA 98121