The Hon. Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE et al.,<br><br>Defendants. | No. 2:26-cv-02473-TMC<br><br>[Consolidated with Case Nos. 3:26-cv-05788-TMC, 2:26-cv-02474-TMC]<br><br>**ORDER GRANTING PLAINTIFFS' JOINT MOTION TO AMEND CASE SCHEDULE** |

Upon consideration of Plaintiffs' Joint Motion to Amend Case Schedule, it is hereby ORDERED that the Motion is GRANTED. The following summary judgment briefing schedule is entered:

1. By January 15, 2027, Plaintiffs shall file their motions for summary judgment.
    i. Plaintiffs' cumulative word limit for their briefs shall be 18,000 words.
2. By February 26, 2027, Federal Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.
    i. Federal Defendants' word limit for their combined brief shall be 21,000 words.
3. By April 9, 2027, Plaintiffs shall file their opposition to Federal Defendants' combined cross-motion for summary judgment and reply in support of their motion for summary judgment.
    i. Plaintiffs' cumulative word limit for their combined briefs shall be 18,000 words.
4. By May 21, 2027, Federal Defendants shall file their reply in support of their cross-motion for summary judgment.
    i. Federal Defendants' word limit for their brief shall be 15,000 words.

Dated this 16th day of November, 2026.

The Honorable Tiffany M. Cartwright
United States District Judge